UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| FRANCO FARIVAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-CV-76-TAV-HBG |
| ) | |
| DENNIS LEDBETTER, *ET AL.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the *pro se* Plaintiff's Motion for Leave to Amend Complaint [Doc. 17]. Defendants have responded in opposition based upon Plaintiff's failure to comply with E.D. Tenn. L.R. 15.1 by attaching a copy of his proposed, amended Complaint. The Court finds that the Plaintiff has failed to comply with E.D. Tenn. L.R. 15.1, and his motion could be denied on this basis alone. However, given Plaintiff's *pro se* status, the Court finds that it is appropriate to provide Plaintiff an opportunity to remedy his mistake.

Accordingly, Plaintiff shall file his proposed, amended Complaint as a supplement/exhibit to his motion on or before **December 21, 2015**. The Defendants will have up to and including **January 11, 2016**, in which to respond to the proposed, amended Complaint, and the Motion for Leave to Amend Complaint is **HELD IN ABEYANCE** until **January 12, 2016**. Alternatively, if the Plaintiff fails to supplement his motion with a proposed, amended

Complaint, consistent with E.D. Tenn. L.R. 15.1, on or before **December 21, 2015,** the Court will **DENY** the motion without receiving further briefing on the issue.

**IT IS SO ORDERED.**

ENTER:

*Bruce Guyton*
United States Magistrate Judge