UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| FRANCO FARIVAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-CV-76-TAV-HBG |
| ) | |
| DENNIS LEDBETTER, *ET AL.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Defendants' Motion for Extension of Time [Doc. 29], filed on March 11, 2016. On April 22, 2016, the parties appeared before the undersigned for a motion hearing. Plaintiff Franco Farivar represented himself, and attorney Courtney Houpt represented the Defendants.

The motion requests that the March 11, 2016 dispositive motion deadline be extended due to the pending motions in this case, including the Plaintiff's Motion for Leave to Amend Complaint [Doc. 17] and Motion for Protective Order [Doc. 26]. The instant motion explains that without a ruling on the motions previously filed by the Plaintiff, the Defendants are unable to adequately prepare a dispositive motion by the March 11, 2016 deadline.

During the April 22 motion hearing, counsel for the Defendants explained that although the Plaintiff's Motion for Protective Order has since been ruled upon, the Plaintiff's Motion to Amend Complaint remains pending before the District Court which continues to impede the Defendants' ability to adequately prepare a dispositive motion in this case. The Plaintiff stated

he had no objection to an extension of the dispositive motion deadline.  The parties then agreed on June 3, 2016, as the new dispositive motion deadline and further agreed that the trial in this matter should be continued to October 24, 2016, in order to give the District Court sufficient time to rule on the parties' dispositive motions and the parties sufficient time thereafter to prepare for trial.

For good cause shown, the Court finds the Defendants' Motion for Extension of Time [**Doc. 29**] is well taken, and the same is **GRANTED**.  The dispositive motion deadline is reset to **June 3, 2016**, and the trial in this matter is **RESET** to **October 24, 2016 at 9:00 a.m.**  Unless otherwise ordered by the District Court, all other deadlines as set forth in the Scheduling Order [Doc. 18] shall remain unchanged.

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge